```
                                           FILED
                                  UNITED STATES DISTRICT COURT
                                      DENVER, COLORADO

                                        JUN 27 2011
   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO       GREGORY C. LANGHAM
                                                 CLERK
```

Civil Action No. 11-cv-01269-BNB

RAELYISSA D. ANGELINO,

    Plaintiff,

v.

THE CITY AND COUNTY OF JEFFERSON COUNTY,

    Defendant.

## ORDER OF DISMISSAL

On May 12, 2011, Plaintiff, Raelyissa D. Angelino, acting *pro se* submitted a Letter of Intent to file a lawsuit against Jefferson County, Colorado. Ms. Angelino, at the time she initiated the instant action, was detained at the Jefferson County Detention Facility in Golden, Colorado.

On May 19, 2011, Magistrate Judge Boyd N. Boland entered an order instructing Ms. Angelino to file her claims on a Court-approved form used in filing prisoner complaints. Magistrate Judge Boland further instructed Ms. Angelino either to pay the $350.00 filing fee in full or in the alternative to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a Court-approved form. Ms. Angelino also was directed to submit a certified trust fund account statement for the six-month period immediately preceding the filing of this action and was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

The May 19 Order to Cure was returned to the Court on May 26, 2011, and the envelope in which the Order was sent to Ms. Angelino was marked "Return to Sender Refused Unable to Forward Return to Sender" and "REJECTED Return to Sender Due to Contents." Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil states that a party must file a notice of a new address within five days of any change of address. Nonetheless, Ms. Angelino now has failed to communicate with the Court, and as a result she has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __27th__ day of __June__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01269-BNB

Raelyissa D Angelino
Jefferson County Detention Center
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 27, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk